|  |  |  |
|---|---|---|
| **To:** | The Honorable Select Judge | |
| | U.S. District Court Judge | |
| **From:** | Name | |
| | Title | |
| **Subject:** | **First Name Middle Name Last Name Generation** | |
| | Case Number: Docket- Defendant 3 Digits | |
| | **REQUEST TO DESTROY SEIZED PROPERTY** | |
| **Date:** | 2/24/2020 | |



**NORTH CAROLINA WESTERN MEMORANDUM**

Thank you for your time and attention to this matter. Please do not hesitate to contact me at Phone, should you have any questions.

THE COURT ORDERS:

☐ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signature Line
_____
Title of Signing Officer
United States District Court

